

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00037-CR

**AMANDA GAYLE HIXON,**

                                              **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                              **Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 09-02097-CRF-272

## MEMORANDUM  OPINION

Amanda Gayle Hixon pled guilty to possession of a controlled substance, less than one gram, and was sentenced to 10 years in prison.  The sentence was suspended and Hixon was placed on community supervision for 5 years.  The State then filed a motion to revoke Hixon's community supervision and a hearing was held before a magistrate.  The magistrate revoked the community supervision and Hixon appealed to this Court.

Hixon then revised her notice of appeal to request a hearing regarding the magistrate's ruling with the referring district court.  *See* TEX. GOV'T CODE ANN. § 54.1113

(Vernon 2005). Hixon sent a letter to this Court explaining the circumstances of this proceeding and asking the Court to "remove this case, at this time, from appeal." The parties and the trial court agree that the magistrate's "judgment is not yet final and sentence has not yet been pronounced."

Because there is no final, appealable order, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 25.2(a)(2); 26.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed March 24, 2010
Do not publish
[CR25]